UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 17-470-VAP (KS)                                      Date: May 8, 2017

Title   *Emanuel Magee v. Orry Marciano et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Roxanne Horan-Walker  |  |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 14, 2017, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("Section 1983") and the Americans with Disabilities Act alleging, *inter alia*, disability discrimination and deliberate indifference to his serious medical needs in connection with his pre-colonoscopy ingestion of GoLytely.  (Dkt. No. 1.)

On March 21, 2017, the Court dismissed the Complaint with leave to amend because:  Plaintiff failed to plead sufficient factual allegations to support a plausible inference that Defendants Siebel and Marciano were personally involved in the alleged violations of Plaintiff's rights; Plaintiff's claim for money damages against Defendants in their official capacity is barred by the Eleventh Amendment; and the Complaint does not comply with Rule 8 of the Federal Rules of Civil Procedure.  (Dkt. No. 5.)  The Court ordered Plaintiff to file a First Amended Complaint within 30 days, *i.e.*, no later than April 20, 2017, and warned Plaintiff that his failure to do so could result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

More than two weeks have passed since Plaintiff's First Amended Complaint was due, and Plaintiff has neither filed the First Amended Complaint, notified the Court of a change of address, nor otherwise communicated with the Court about his case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    EDCV 17-470-VAP (KS)                                    Date: May 8, 2017

Title    *Emanuel Magee v. Orry Marciano et al*

    Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's March 21, 2017 Order.

    However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before May 29, 2017**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's March 21, 2017 order; or (2) a First Amended Complaint. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

    **Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

    **IT IS SO ORDERED.**

                                                                                                          :

                                                                              **Initials of Preparer**    rhw