JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMANUEL MAGEE,** | ) NO. EDCV 17-470-VAP (KS) |
|     **Plaintiff,** | ) |
|     v. | ) **JUDGMENT** |
| **ORRY MARCIANO, et al.,** | ) |
|     **Defendants.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 15, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

1